WILLIAM H. BROCKAWAY et al., Appellants, *v.* JOHN FLEMING et al., Respondents.

(Argued March 8, 1887, decided March 25, 1887.)

*Oswald Prentiss Backus* for appellants.

*Leonard Bronner* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.